IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KATHLEEN MARIE POWELL,

        Plaintiff,

  vs.

MICHAEL J. ASTRUE,

        Defendant.

O R D E R
Civ. No. 10-923-TC

AIKEN, Chief Judge:

    Magistrate Judge Coffin filed his Findings and Recommendation on September 23, 2011. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When a party objects to any portion of the Magistrate's Findings and Recommendation, the district court must make a de novo determination of that portion of the Magistrate's report.

1 - ORDER

28 U.S.C. § 636(b)(1)(B); <u>McDonnell Douglas Corp. v. Commodore Business Machines</u>, 656 F.2d 1309, 1313 (9th Cir. 1981), <u>cert. denied</u>, 455 U.S. 920 (1982).

Plaintiff has timely filed objections concerning the weight afforded to Dr. Bryan's opinion, the improper consideration of lay testimony, and failure to develop the record. I have, therefore, given those portions of the report a <u>de novo</u> review. I agree with Magistrate Judge Coffin's analysis and conclusion and therefore ADOPT the Magistrate's Findings and Recommendation (doc. 17) in its entirety. In conclusion, the Administrative Law Judge's decision is reversed and remanded in part, to award benefits as of plaintiff's 55th birthday, and otherwise affirmed.

IT IS SO ORDERED.

Dated this 10th day of January 2012.

*Ann Aiken*
United States District Judge

2 - ORDER