Sharon Maynard, OSB# 925843
BENNETT, HARTMAN, MORRIS & KAPLAN
210 SW Morrison Street, Suite 500
Portland, Oregon 97204
Phone: (503) 227-4600
FAX : (503) 248-6800
e-mail: maynards@bennetthartman.com
    Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

### EUGENE DIVISION

**KATHLEEN MARIE POWELL,**

    Plaintiff,

    v.

**MICHAEL ASTRUE,**
Commissioner, Social Security
Administration,

    Defendant.

Civil No. CV 10-923-TC

ORDER

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $6,562.01, pursuant to 28 U.S.C §2412, costs in the amount of $352.25, and expenses in the amount of $85.74, be awarded to Plaintiff, pursuant to 28 U.S.C §1920, for a total of $6,698.02. The check will be made payable to and mailed to Plaintiff's attorney unless Plaintiff owes a debt that is subject to recovery under the Treasury Offset.

DATED: _23_ day of _March_, 2012

UNITED STATES ~~DISTRICT~~ Magistrate JUDGE

Submitted by:
/s/ Sharon Maynard
SHARON MAYNARD, OSB #925843
Attorney for Plaintiff

Page 1 - ORDER - EAJA FEES – K. POWELL